UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| RANDALL MINNIEFIELD, )<br>)<br>Petitioner, )<br>v. )<br>)<br>STANLY KNIGHT, )<br>)<br>Respondent. ) | No. 2:11-cv-0248-JMS-MJD |

**Entry Discussing Petition for Writ of Habeas Corpus**

The writ Randall Minniefield seeks in relation to the prison disciplinary proceeding identified as No. ISF 11-06-006, in which it was determined that Minniefield had violated prison rules by possessing or using a controlled substance, can be issued only if the court finds that he "is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a). Because he has not made such a showing, his petition for a writ of habeas corpus must be **denied.** The reason for this disposition is that the pleadings and the expanded record show that (1) the procedural protections required by *Wolff v. McDonnell,* 418 U.S. 539 (1974), were provided, (2) through the toxicology results of a urine sample taken on April 29, 2011, there was at least "some evidence" to support the decision of the hearing officer as required by *Superintendent of Walpole v. Hill,* 472 U.S. 445 (1985); *Webb v. Anderson,* 224 F.3d 649, 652 (7th Cir. 2000) (even "meager" proof is sufficient), and (3) the proceedings were not otherwise tainted by prejudicial error.

"The touchstone of due process is protection of the individual against arbitrary action of the government." *Wolff,* 418 U.S. at 558. There was no arbitrary action in any aspect of the charge, disciplinary proceedings, or sanctions involved in the events identified in this action, and there was no constitutional infirmity in the proceeding which entitles Minniefield to the relief he seeks. His contentions otherwise are refuted by the expanded record. Accordingly, Minniefield's petition for a writ of habeas corpus must be **denied** and the action dismissed. Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 02/08/2012

*[Signature: Jane Magnus-Stinson]*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana